Donald Wayne OWENS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40130.

Missouri Court of Appeals, Western District.

Nov. 29, 1988.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth Leving Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).